148

589 A.2d 213

**In re SUN PIPE LINE COMPANY/KING OF PRUSSIA LITIGATION.**

Appeal of NHP CORPORATION DALMYS (CANADA), LTD., Bernard L. Broocker, P & M Markets, Inc. t/a Valley Forge Thriftway and William A. Hoover.

Supreme Court of Pennsylvania.

Argued April 8, 1991.

Decided April 30, 1991.

David Berger, Merrill G. Davidoff, Alan M. Sandals, Philadelphia, Lead Counsel, Arnold Levin, Bala Cynwyd, Laurence S. Berman, Philadelphia, Lindley M. Cowperthwait, Jr., Norristown, Steven E. Angstreich, Michael Coren, Joseph C. Kohn, Bernard Gross, Warren Rubin, Judah I. Labovitz, Philadelphia, Co-Counsel, for appellant.

William P. Manning, Jr., William H. Bradbury, Ill., Norristown, Jon A. Baughman, M. Duncan Grant, David H. Marion, Philadelphia, for Sun Pipe Line Co.

James H. Manning, Jr., Jonathan C. Waller, Philadelphia, for Sun Refining and Marketing Co.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the decision of this case.